**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| STEVE NICKLAS, | ) | NO. CV 12-2918-VAP (AS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER ACCEPTING FINDINGS,** |
| | ) | |
| CORRECTIONS OFFICER GIORDANO, | ) | **CONCLUSIONS AND RECOMMENDATIONS OF** |
| | ) | |
| | ) | **UNITED STATES MAGISTRATE JUDGE** |
| Defendants. | ) | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

//

//

1     **IT IS ORDERED** that Judgment shall be entered dismissing this
2 action without prejudice.

3

4     **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order
5 and the Judgment herein on Plaintiff at his current address of record.

6

7     **LET JUDGMENT BE ENTERED ACCORDINGLY.**

8

9     DATED:  July 10, 2014.

10

11

12     _____
13             VIRGINIA A. PHILLIPS
         UNITED STATES DISTRICT JUDGE

2