**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| STEVE NICKLAS, | ) | NO. CV 12-2918-VAP (AS) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| CORRECTIONS OFFICER GIORDANO, | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:  July 10, 2014.

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE